UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ARNOLD REEVES,

                           Plaintiff,

    -against-

F.C.I. FORT DIX; WARDEN ZICKERFOOSE; CAPTAIN
FITZGERALD; MS. KNOX, Unit Manager; MS.
ORDONEZ, Case Manager; MR. BATISTE, Counselor,

                           Defendants.
------------------------------------------------------------------ X

NOT FOR PRINT OR ELECTRONIC PUBLICATION

OPINION AND ORDER

10-CV-2765 (ARR)(VVP)

ROSS, United States District Judge:

On June 15, 2010, plaintiff Arnold Reeves, who was then incarcerated at the Metropolitan Detention Center in Brooklyn, New York, filed this *pro se* civil rights action against officials at the Federal Correctional Institution at Fort Dix, New Jersey ("F.C.I. Fort Dix"), where he was previously incarcerated. Plaintiff has filed previous cases in the United States District Court for the District of New Jersey involving alleged actions that occurred at F.C.I. Fort Dix and naming some of the same defendants named in this complaint. See Reeves v. Fort Dix, FCI, 08-cv-6130 (D. N.J.); Reeves v. FCI Fort Dix, 08-cv-6254 (D. N.J.); Reeves v. Lapin, et al., 09-cv-0372 (D. N.J.); Reeves v. Batiste, 09-cv-5786 (D. N.J.); Reeves v. United States, 09-cv-6351 (D. N.J.).

Pursuant to the venue provision governing federal question jurisdiction, a civil action must be filed in the judicial district where a substantial part of the events or omissions giving rise to the claim occurred or where any defendant resides. See 28 U.S.C. § 1391(b). All of the allegations against officials at F.C.I. Fort Dix involve events that occurred in New Jersey.

Accordingly, in the interest of justice, this case is hereby transferred to the United States District Court for the District of New Jersey. See 28 U.S.C. § 1406(a) (explaining that the district court may transfer a case filed in the wrong district to any district in which it could have been brought). Rulings on plaintiff's application to proceed *in forma pauperis* and his request for the appointment of counsel are reserved for the transferee court. This court offers no opinion on the merits of plaintiff's claims. The court waives the provision of Local Civil Rule 83.1 that requires a seven-day delay before transferring the case. A summons shall not issue from this court.

SO ORDERED.

/S/

_____
Allyne R. Ross
United States District Judge

Dated: August 4, 2010
       Brooklyn, New York

SERVICE LIST:

*Pro Se Plaintiff*
Arnold Reeves
No. 38595-054
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NY 08640

cc:     Magistrate Judge Viktor V. Pohorelsky